# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JAMES LAM, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) No. 4:22-cv-01058-JAR |
| | ) |
| DET. SGT. RALPH E. FINN, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on self-represented plaintiff James Lam III's (1) motion to submit additional memorandum in support to oppose defendants' motion to dismiss [ECF No. 40]; (2) motion to submit additional memorandum in support to deny defendants' motion to dismiss [ECF No. 46]; and (3) motion to submit additional memorandum in support to deny defendants' motion to dismiss [ECF No. 48]. For the following reasons, the motions will be denied, and plaintiff will be ordered to stop filing memoranda regarding defendants' fully briefed motion to dismiss.

Pursuant to Local Rule 4.01, the moving party must file with each motion a memorandum in support of the motion. Each party opposing the motion must file a single memorandum in opposition to the motion. Finally, the moving party may file a reply in support of the motion. "Additional memoranda may be filed by either party only with leave of Court." E.D. Mo. L.R. 4.01(C). Based on this local rule, defendants' motion to dismiss was fully briefed on August 14, 2023 when defendants filed their reply brief in support of their motion to dismiss. Since this time, and without leave of Court, plaintiff has filed at least fourteen memoranda supplementing his response to defendants' motion to dismiss.

In plaintiff's filings, he states that he has a mental illness that causes him to "compulsively send[] letters." ECF No. 40 at 1. Because defendants' motion to dismiss is fully briefed and before the Court, the Court will deny plaintiff's three motions to submit additional memoranda in response to defendants' motion to dismiss. Additionally, the Court will order plaintiff to discontinue filing any further supplements related to defendants' motion to dismiss. If plaintiff continues to file supplemental memoranda regarding the motion to dismiss, the Court will direct the Clerk of Court to return these filings to plaintiff without filing them.

**IT IS HEREBY ORDERED** that plaintiff's (1) motion to submit additional memorandum in support to oppose defendants' motion to dismiss [ECF No. 40]; (2) motion to submit additional memorandum in support to deny defendants' motion to dismiss [ECF No. 46]; and (3) motion to submit additional memorandum in support to deny defendants' motion to dismiss [ECF No. 48] are **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff shall not file any additional memoranda related to defendants' fully briefed and pending motion to dismiss.

**IT IS FURTHER ORDERED** that if plaintiff files additional memoranda related to defendants' motion to dismiss, the Clerk of Court shall return these filing to plaintiff without filing them.

Dated this 13th day of October, 2023.

*[signature]*
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**